[Reset Form]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

FILED
CLERK, U.S. DISTRICT COURT
09/01/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

| Field | Value |
|---|---|
| Case Number | 2:20-cr-00390-AB |
| U.S.A. v. | Jorge Ruben Camargo-Clarke |
| Defendant Number | 1 |
| Year of Birth | 1979 |
| Investigative agency (FBI, DEA, etc.) | DEA |

[x] Indictment
[ ] Information

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:
   [ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
   [ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [x] Felony

b. Date of Offense: November

c. County in which first offense occurred: N/A

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
   [ ] Los Angeles    [ ] Ventura
   [ ] Orange         [ ] Santa Barbara
   [ ] Riverside      [ ] San Luis Obispo
   [ ] San Bernardino [x] Other

Citation of Offense: 21 U.S.C. Section 1963

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
   [x] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
   [ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[x] No   [ ] Yes

If "Yes," Case Number: N/A

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: N/A
Case Number: N/A
Assigned Judge: N/A
Charging: N/A

The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on: N/A

**PREVIOUS COUNSEL**

Was defendant previously represented?  [ ] No  [ ] Yes
IF YES, provide Name: N/A
Phone Number: N/A

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [x] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [x] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the N/A superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: N/A
Case Number N/A

The superseded case:
[ ] is still pending before Judge/Magistrate Judge
N/A
[ ] was previously dismissed on N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? [✓] YES [ ] NO

IF YES, list language and/or dialect:
Spanish

**OTHER**

[✓] Male [ ] Female
[ ] U.S. Citizen [✓] Alien

Alias Name(s): "el nene," "Cool Nene," "nene," "El Cholo Chorillo"

This defendant is charged in:
[✓] All counts
[ ] Only counts: _____

[ ] This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
[ ] This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? [ ] Yes [✓] No
IF YES, should matter be sealed? [ ] Yes [✓] No

The area(s) of substantive law that will be involved in this case include(s):
[ ] financial institution fraud
[ ] government fraud
[ ] environmental issues
[✓] narcotics offenses
[ ] violent crimes/firearms
[ ] Other _____
[ ] public corruption
[ ] tax offenses
[ ] mail/wire fraud
[ ] immigration offenses
[ ] corporate fraud

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision? [ ] Yes [ ] No
d. Is on bail or release from another district: N/A

Defendant is **in custody**:
a. Place of incarceration: [ ] State [ ] Federal
b. Name of Institution: N/A
c. If Federal, U.S. Marshals Service Registration Number: N/A
d. [ ] Solely on this charge. Date and time of arrest: N/A
e. On another conviction: [ ] Yes [ ] No
   IF YES: [ ] State [ ] Federal [ ] Writ of Issue
f. Awaiting trial on other charges: [ ] Yes [ ] No
   IF YES: [ ] State [ ] Federal   AND
   Name of Court: N/A
   Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  20 __ 21 __ 40 __

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  09/01/2020

_Signature of Assistant U.S. Attorney_
Benedetto L. Balding
Print Name