1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   BENEDETTO L. BALDING (Cal. Bar No. 244508)
4  Assistant United States Attorney
   International Narcotics, Money
5  Laundering, & Racketeering Section
        1400 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-2274
        Facsimile: (213) 894-0142
8       E-mail:    benedetto.balding@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

```
FILED
CLERK, U.S. DISTRICT COURT

09/01/2020

CENTRAL DISTRICT OF CALIFORNIA
BY:    KL    DEPUTY
```

              UNITED STATES DISTRICT COURT

            FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 2:20-cr-00390-AB |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF BENEDETTO L. BALDING |
| v. | |
| JORGE RUBEN CAMARGO-CLARKE, | |
| Defendants. | **(UNDER SEAL)** |

     The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants) be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//
//
//
//
//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Benedetto L. Balding.

Dated: September 1, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

/s/

BENEDETTO L. BALDING
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF BENEDETTO L. BALDING**

I, Benedetto L. Balding, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. Jorge Ruben Camargo-Clarke</u>, the indictment in which is being presented to a federal grand jury in the Central District of California on September 1, 2020.

2. Defendant CAMARGO-CLARKE has not been taken into custody on the charge contained in the indictment and has not been informed that he is being named as a defendant in the indictment to be presented to the grand jury on September 1, 2020. The likelihood of apprehending defendant might jeopardized if the indictment in this case were made publicly available before defendant is taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrant) be sealed and remain so until defendant is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter. The government nevertheless requests permission to disclose these documents for the limited purpose of seeking the extradition of defendant, including obtaining red notices, diffusions, and provisional arrest warrants, since the government believes that defendant currently resides outside the United States.

//
//
//

1

4.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 1, 2020.

```
                                    _____
                                    BENEDETTO L. BALDING
```