TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BENEDETTO L. BALDING (Cal. Bar No. 244508)
Assistant United States Attorneys
Deputy Chief, International Narcotics,
 Money Laundering, and Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2274
     Facsimile:  (213) 894-0142
     E-mail:     benedetto.balding@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-cr-00390-AB |
|---|---|
| Plaintiff, | ORDER UNSEALING CASE |
| v. | |
| JORGE RUBEN CAMARGO-CLARKE, | |
| Defendant. | |

   For good cause shown, IT IS HEREBY ORDERED THAT:

   The above-titled case and the documents filed therein to date shall be unsealed.  The Clerk's Office may provide certified copies of docket entries in this case, including the indictment and arrest warrant, upon the request of the government.

February 25, 2022
_____                _____
DATE                                        HONORABLE ANDRÉ BIROTTE JR.
                                            UNITED STATES DISTRICT JUDGE

1