# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.: 2:20-cr-00390-AB | Date: December 11, 2025 |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter: F. Javier Villalobos, Spanish Interpreter

| Evelyn Chun | Myra Ponce | Declan Conroy / Jehan Pernas Kim |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jorge Ruben Camargo-Clarke | √ | √ | | Carlos N. Iriarte, Rtnd. | √ | | √ |

**Proceedings:** DEFENDANT'S MOTION TO DISMISS THE INDICTMENT FOR LACK OF FEDERAL JURISDICTION [39] (Held and Completed)

The matter is called and counsel state their appearances.

For reasons stated on the record, the Motion is DENIED.

_____ : 22

Initials of Deputy Clerk  EVC