


```
 1  TODD BLANCHE
    Deputy Attorney General
 2  BILAL A. ESSAYLI
    First Assistant United States Attorney
 3  ALEXANDER B. SCHWAB
    Assistant United States Attorney
 4  Acting Chief, Criminal Division
    JEHAN PERNAS KIM (Cal. Bar No. 320584)
 5  Assistant United States Attorney
    Deputy Chief, Transnational
 6  Organized Crime Section
    DECLAN T. CONROY (Cal. Bar No. 350570)
 7  Assistant United States Attorney
    Transnational Organized Crime Section
 8       1400 United States Courthouse
         312 North Spring Street
 9       Los Angeles, California 90012
         Telephone: (714) 338-3549/ (213) 894-2872
10       Facsimile: (213) 894-0141
         E-mail:    jehan.kim@usdoj.gov
11                  declan.conroy@usdoj.gov

12  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
13
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 20-CR-00390-AB |
|---|---|
| Plaintiff, | JOINT PROPOSED VERDICT FORM |
| v. | Trial Date:  February 2, 2026 |
| JORGE RUBEN CAMARGO-CLARKE, | Trial Time:  9:00 a.m. |
|  | Location:    Courtroom of the Hon. Andre Birotte Jr. |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Jehan Kim and Declan Conroy, and defendant Jorge Ruben Camargo-Clarke, by and through his

//
//
//

1

counsel of record, Carlos Iriarte, hereby submit the following joint proposed verdict form.

Dated: January 23, 2026              Respectfully submitted,

                                     TODD BLANCHE
                                     Deputy Attorney General
                                     BILAL A. ESSAYLI
                                     First Assistant United States Attorney

                                     ALEXANDER B. SCHWAB
                                     Assistant United States Attorney
                                     Acting Chief, Criminal Division


                                     ____/s/_____
                                     JEHAN P. KIM
                                     DECLAN T. CONROY
                                     Assistant United States Attorneys

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA




Dated:   January 23, 2026
                                       */s/ per email authorization*
                                     CARLOS IRIARTE
                                     Attorney for Defendant
                                     JORGE RUBEN CAMARGO-CLARKE

2

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-CR-00390-AB |
| Plaintiff, | VERDICT FORM |
| v. | |
| JORGE RUBEN CAMARGO-CLARKE, | |
| Defendant. | |

**VERDICT FORM**

1.   We, the Jury, unanimously find defendant JORGE RUBEN CAMARGO-CLARKE (*check one*):

    \_\_\_\_\_     NOT GUILTY

    \_\_\_\_\_     GUILTY

of conspiring to distribute cocaine intending, knowing, or having reasonable cause to believe that such cocaine would be unlawfully imported into the United States, as charged in the Indictment.

*(If your response to Question 1 is Guilty, you must also answer Question 2.)*

2.   Having found defendant JORGE RUBEN CAMARGO-CLARKE guilty of the offense charged in the Indictment, do you unanimously find beyond a reasonable doubt that the conspiracy charged in the Indictment involved at least 5 kilograms of a mixture or substance containing a detectable amount of cocaine, and that defendant either (a) personally agreed to, or encouraged, transactions involving at least 5 kilograms of cocaine, or (b) reasonably could have foreseen that the conspiracy involved at least 5 kilograms of cocaine?

    \_\_\_\_\_     YES

    \_\_\_\_\_     NO

*(If your response to Question 2 is No, you must also answer Question 3.)*

2

1        3.    Having found defendant JORGE RUBEN CAMARGO-CLARKE guilty of
2   the offense charged in the Indictment, do you unanimously find beyond
3   a reasonable doubt that the conspiracy charged in the Indictment
4   involved at least 500 grams of a mixture or substance containing a
5   detectable amount of cocaine and that defendant either (a) personally
6   agreed to, or encouraged, transactions involving at least 500 grams
7   of a mixture or substance containing a detectable amount of cocaine,
8   or (b) reasonably could have foreseen that the conspiracy involved at
9   least 500 grams of a mixture or substance containing a detectable
10  amount of cocaine?

            _____     YES

            _____     NO




                                    _____
                                    FOREPERSON OF THE JURY

DATED: _____, at Los Angeles, California.

3