Carlos N. Iriarte (SBN 187327)
Law Office of Carlos N. Iriarte
714 W. Olympic Boulevard, Suite 718
Los Angeles, California 90015
(213) 746-6644
(213) 746-4435 Facsimile
carlos.n.iriarte@gmail.com

Attorney for Defendant,
JORGE RUBEN CAMARGO-CLARKE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | 20-CR-00390-AB |
|---|---|
| Plaintiff, | DEFENDANT JORGE CAMARGO-CLARKE'S SUPPLEMENTAL PROPOSED VOIR DIRE QUESTIONS |
| v. | |
| JORGE RUBEN CAMARGO-CLARKE, | DATE: February 2, 2026<br>TIME: 9:00 a.m. |
| Defendant. | |

Defendant JORGE R. CAMARGO-CLARKE ("Camargo") respectfully submits the following supplemental proposed questions for the panel of jurors:

25. Have you ever formed an opinion about a defendant's guilt based on her/his decision not to testify?

26. Do any of you believe that a defendant's silence can be interpreted as an admission of guilt?

1

27. Can you set aside any assumptions about the defendant's character based on his choice to remain silent?

28. If you are selected, you will be instructed to not infer anything if the defendant decides to exercise his constitutional right to not testify. Are each of you comfortable in following this instruction?

29. How would you approach the presumption of innocence if the defendant chooses not to take the stand?

30. Can you commit to evaluating the evidence presented in court without bias from the defendant's silence?

31. The defendant has a constitutional right not to testify, and if the defendant chooses not to testify, that fact cannot be used against the defendant. In addition, the defendant need not call any witnesses or produce any evidence whatsoever. The burden is always on the government to prove guilt beyond a reasonable doubt. Unless the Government meets this burden, the defendant must be acquitted. Is there anyone who cannot follow these instructions?

February 1, 2026                    Respectfully submitted,

*Carlos N. Iriarte*
Carlos N. Iriarte
Attorney for Defendant
JORGE R. CAMARGO-CLARKE