TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JEHAN PERNAS KIM (Cal. Bar No. 320584)
Assistant United States Attorney
Deputy Chief, Transnational Organized Crime Section
DECLAN T. CONROY (Cal. Bar No. 350570)
Assistant United States Attorney
Transnational Organized Crime Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (714) 338-3549/2872
    Facsimile: (213) 894-0141
    E-mail:   jehan.kim@usdoj.gov
              declan.conroy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
2/5/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: ___EVC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JORGE RUBEN CAMARGO-CLARKE,<br><br>    Defendant. | No. 2:20-CR-00390-AB-1<br><br>GOVERNMENT'S EXHIBIT LIST<br><br>**Trial Date:** February 2, 2026<br>**Trial Time:** 8:30 a.m.<br>**Location:**  Courtroom of the<br>                  Hon. Andre Birotte Jr. |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Jehan Pernas Kim and Declan T. Conroy, hereby submits the Government's Exhibit List in preparation for trial in the above-captioned matter.

1      The government respectfully requests leave to modify or
2  supplement this exhibit list as may be appropriate.

3  Dated: January 28, 2026    Respectfully submitted,

4                                BILAL A. ESSAYLI
                              First Assistant United States Attorney
5

6                                ALEXANDER B. SCHWAB
                              Assistant United States Attorney
                              Acting Chief, Criminal Division
7

8                                      /s/
                              JEHAN PERNAS KIM
9                                DECLAN T. CONROY
                              Assistant United States Attorney
10

11                               Attorneys for Plaintiff
                              UNITED STATES OF AMERICA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES v. JORGE RUBEN CAMARGO-CLARKE**

No. 2:20-CR-00390-AB-1

GOVERNMENT'S EXHIBIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| **PHOTOGRAPHS** | | | | | |
| 1 | Photographs of Buried Drug Containers [USAO_Supp_001322, 23, 13] | Sgt. Juan Rodriguez | | 2/2/26 | 2/2/26 |
| 2 | Photographs of Excavation of Drug Containers [USAO_Supp_001328, 14] | Sgt. Juan Rodriguez | | 2/2/26 | |
| 3 | Photograph Drug Container [USAO_Supp_001327] | Sgt. Juan Rodriguez | | 2/2/26 | |
| 4 | Photograph of Drug Packages [USAO_Supp_001325] | Sgt. Juan Rodriguez | | 2/2/26 | |
| 5 | Photograph of Drug Packages [USAO_Supp_001326] | Sgt. Juan Rodriguez | | 2/2/26 | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 6 | Photograph of Drug Package (CC Logo) [USAO_001317] | Sgt. Juan Rodriguez | | 2/2/26 | |
| 7 | Photograph of Drug Package (Renault Logo) [USAO_Supp_001318] | Sgt. Juan Rodriguez | | 2/2/26 | |
| 8 | Photograph of Total Seizure [USAO_Supp_001319] | Sgt. Juan Rodriguez Sub. Luis Henriquez | | 2/2/26 | 2/2/26 |
| 9 | Photograph of Boat [USAO_001332] | Sub. Luis Henriquez | | 2/3/26 | 2/3/26 |
| 10-99 | RESERVED | | | | |
| **AUDIO/VIDEO EXHIBITS** | | | | | |
| 100–99 | RESERVED | | | | |

2

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| **INTERCEPTED BLACKBERRY MESSENGER ("BBM") COMMUNICATIONS OBTAINED BY COLOMBIAN AUTHORITIES** | | | | | |
| 200 | BBM Messages Between Defendant and Co-Conspirator 1 (10/13/2017) [USAO_Supp_015866] | SA Efrain Estrada | | 2/3/26 | 2/3/26 |
| 201 | BBM Messages Between Defendant and Co-Conspirator 1 (10/14/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 202 | BBM Messages Between Defendant and Co-Conspirator 1 (10/17/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 203 | BBM Messages Between Defendant and Co-Conspirator 1 (10/19/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 204 | BBM Messages Between Defendant and Co-Conspirator 1 (10/23/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |

3

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 205 | BBM Messages Between Defendant and Co-Conspirator 1 (10/26/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 206 | BBM Messages Between Defendant and Co-Conspirator 1 (10/26/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 207 | BBM Messages Between Defendant and Co-Conspirator 1 (10/31/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 208 | BBM Messages Between Defendant and Co-Conspirator 1 (10/31/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 209 | BBM Messages Between Defendant and Co-Conspirator 1 (11/2/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 210 | BBM Messages Between Defendant and Co-Conspirator 1 (11/6/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |

4

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 211 | BBM Messages Between Defendant and Co-Conspirator 1 (11/6/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 212 | BBM Messages Between Defendant and Co-Conspirator 1 (11/9/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 213 | BBM Messages Between Defendant and Co-Conspirator 1 (11/9/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 214 | BBM Messages Between Defendant and Co-Conspirator 1 (11/9/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 215 | BBM Messages Between Defendant and Co-Conspirator 1 (11/9/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 216 | BBM Messages Between Defendant and Co-Conspirator 1 (11/13/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 217 | BBM Messages Between Defendant and Co-Conspirator 1 (11/13/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 218 | BBM Messages Between Defendant and Co-Conspirator 1 (11/15/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 219 | BBM Messages Between Defendant and Co-Conspirator 1 (11/15/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 220 | BBM Messages Between Defendant and Co-Conspirator 1 (11/16/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 221 | BBM Messages Between Defendant and Co-Conspirator 1 (11/16/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 222 | BBM Messages Between Defendant and Co-Conspirator 1 (11/17/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |

6

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 223 | BBM Messages Between Defendant and Co-Conspirator 1 (11/18/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 224 | BBM Messages Between Defendant and Co-Conspirator 1 (11/21/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 225 | BBM Messages Between Defendant and Co-Conspirator 1 (11/21/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 226 | BBM Messages Between Defendant and Co-Conspirator 1 (11/26/2017) [USAO_Supp_015866] | SA Efrain Estrada | | | |
| 227 | BBM Messages Between Defendant and Co-Conspirator 1 (11/26/2017) [USAO_Supp_015866] | SA Efrain Estrada | | 2/3/26 | 2/3/26 |
| 228 | BBM Messages Between Defendant and Co-Conspirator 1 (1/26/2018) [USAO_Supp_015864] | SA Efrain Estrada | | 2/3/26 | 2/3/26 |

7

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 229 | BBM Messages Between Defendant and Co-Conspirator 1 (5/21/2018) [USAO_Supp_015864] | SA Efrain Estrada | | 2/3/26 | 2/3/26 |
| 230 | BBM Messages Between Defendant and "Almighty" (2/18/2018) [USAO_Supp_015859] | SA Efrain Estrada | | 2/3/26 | 2/3/26 |
| 231 | BBM Messages Between Defendant and "Almighty" (2/27/2018) [USAO_Supp_015859] | SA Efrain Estrada | | | |
| 232 | BBM Messages Between Defendant and "Almighty" (3/2/2018) [USAO_Supp_015859] | SA Efrain Estrada | | | |
| 233 | BBM Messages Between Defendant and "Almighty" (3/4/2018) [USAO_Supp_015859] | SA Efrain Estrada | | | |
| 234 | BBM Messages Between Defendant and "Almighty" (3/7/2018) [USAO_Supp_015859] | SA Efrain Estrada | | | |

8

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 235 | BBM Messages Between Defendant and "Almighty" (3/9/2018) [USAO_Supp_015859] | SA Efrain Estrada | | | |
| 236 | BBM Messages Between Defendant and "Almighty" (3/18/2018) [USAO_Supp_015859] | SA Efrain Estrada | | | |
| 237 | BBM Messages Between Defendant and "Almighty" (3/24/2018) [USAO_Supp_015859] | SA Efrain Estrada | | | |
| 238 | BBM Messages Between Defendant and "Almighty" (3/24/2018) [USAO_Supp_015859] | SA Efrain Estrada | | 2/3/26 | 2/3/26 |
| 239 | BBM Messages Between Defendant and "Rottweilas" (9/8/2017) [USAO_Supp_015860] | SA Efrain Estrada | | 2/3/26 | 2/3/26 |
| 240 | BBM Messages Between Defendant and "Rottweilas" (9/10/2017) [USAO_Supp_015860] | SA Efrain Estrada | | 2/3/26 | 2/3/26 |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 241 | BBM Messages Between Defendant and "Real Hasta La Muerte" (8/25/2017) [USAO_Supp_015863] | SA Efrain Estrada | | 2/3/26 | 2/3/26 |
| 242 | BBM Messages Between Defendant and "Real Hasta La Muerte" (8/27/2017) [USAO_Supp_015863] | SA Efrain Estrada | | 2/3/26 | 2/3/26 |
| 243-299 | RESERVED | | | | |
| **INTERCEPTED BBM COMMUNICATIONS OBTAINED BY U.S. AUTHORITIES** | | | | | |
| 300 | BBM Message Between Defendant and "Triple" (4/2/2018) [USAO_Supp_015985] | SA Efrain Estrada | | 2/3/26 | 2/3/26 |
| 301 | BBM Messages Between Defendant and "max max" (4/4/2018) [USAO_Supp_015985] | SA Efrain Estrada | | — | — |

10

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 302 | BBM Messages Between Defendant and "el compa" (3/24/2018) [USAO_Supp_015985] | SA Efrain Estrada | | 2/3/26 | 2/3/26 |
| 303 | BBM Messages Between Defendant and "IN GOD WE TRUST" (3/25/2018) [USAO_Supp_015985] | SA Efrain Estrada | | | |
| 304 | BBM Messages Between Defendant and "Thierry Henrry" (3/31/2018) [USAO_Supp_015985] | SA Efrain Estrada | | 2/3/26 | 2/3/26 |
| 305 | BBM Messages Between Defendant and "compa" (4/27/2018) [USAO_Supp_015985] | SA Efrain Estrada | | | |
| 306 | BBM Messages Between Defendant and "soldado de cristo" (5/7/2018) [USAO_Supp_015985] | SA Efrain Estrada | | 2/3/26 | 2/3/26 |
| 307-399 | RESERVED | | | | |

11

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| COMPACT DISCS ("CDs") FOR TRANSLATOR AUTHENTICATION | | | | | |
| 400 | CD with Exhibits 200–242 | Andrea Beniquez | | 2/3/26 | |
| 401 | CD with Exhibits 300–306 | Andrea Beniquez | | 2/3/26 | |
| 403–499 | RESERVED | | | | |
| MISCELLANEOUS | | | | | |
| 501 | Map of Rio Caimito Area of Panama | Sub. Henriquez | | 2/2/26 | 2/2/26 |
| 502 | Map of Rio Caimito Area and Surrounding Regions of Panama | Sub. Henriquez | | 2/3/26 | 2/3/26 |
| 503 | Map of Colombia and Central America | SA Efrain Estrada | | 2/3/26 | 2/3/26 |
| 504 | Highlighted Map of Colombia and Central America | SA Efrain Estrada | | 2/3/26 | 2/3/26 |
| 505 | Map of Colombia, Central America, and Southern North America | SA Efrain Estrada | | | |

12

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 506 | Highlighted Map of Colombia, Central America, and Southern North America | SA Efrain Estrada | | | |
| 507 | Annotated Map of Colombia, Central America, and Southern North America | SA Efrain Estrada | | | |
| 508 | Map of Americas | SA Efrain Estrada | | | |
| 509 | Map of Americas and Western Europe | SA Efrain Estrada | | | |
| 510 | Map of Americas and Oceania | SA Efrain Estrada | | 2/3/26 | 2/3/26 |
| 511-599 | RESERVED | | | | |
| **CHARTS** | | | | | |
| 601 | Summary Chart Regarding Defendant's BBM Messages | SA Efrain Estrada | | 2/4/26 | 2/4/26 |
| 602 | Chart Regarding Non-Commercial Maritime Movements in Colombia and Central America, 2017 and 2018 | SSA Samuel Bonner | | 2/5/26 | |
| 603-99 | RESERVED | | | | |

13

[intentionally left blank]